FILED
SCRANTON

JAN - 3 2022

PER _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### And  Pennsylvania Human Relations Commission

Elizabeth Hoffman    :
       Pro Se :
      Plaintiff, :
         : Civil Case No: 3:22-CV -0009
  v.       :
Genpact       :
     Defendant, : Judge Mehalchick
         :
         : JURY TRIAL DEMAND

### PLAINTIFF'S COMPLAINT – Filed as "Confidentially due to release of Medical disability information."

1. This Complaint sets forth claims arising from the employment discrimination of Elizabeth Hoffman (hereinafter Plaintiff or Ms. Hoffman), by Defendants Genpact in Wilkes-Barre PA.   Genpact by their authorized representatives;  including Management and HR dept. (Defendants),   and in particular based on the continuing violations & actions over a 2 year period including disability discrimination, Harassment, Mocking, ridicule and marginalization, ignoring & failure to accommodate repeated recurring ADA accommodation requests, exclusion and marginalization, Retaliation, hostile work environment, FMLA interference and retaliation and circumstances leading up to and surrounding the termination, in whole or in part because of her ADA disabilities and for requesting ADA accommodations & FMLA for the

1

care of her disabled mother and for Complaining and filing 2 complaints

with HR about being repeatedly

discriminated against, mocked and ridiculed & subjected to a Hostile work environment by management and the co-workers over the 2 year period from Oct. 2018 through Sept. 2020. In violation of Title VII of the Civil Rights Act (Title VII), and because of her multiple requests for accommodation/s to her disability/s under the American with Disabilities Act (ADA), request for intermittent Family Medical Leave Act (FMLA) for the "care of" her disabled mother and the Pennsylvania Human Relations Act (PHRA), and National Origin.   Plaintiff was repeatedly "set up to fail" with the failure to Accommodate and contradictory training by management, continuing ongoing hostile work environment, subjected to ridicule, mocking, exclusion from training and work tasks for 7 months, exclusion from pay increases and bonuses that other non-disabled staff were provided.   Name calling by co-workers and management because Genpact's manager Darlene Mitchell unlawfully released Ms. Hoffman's private personal disability conditions and told everyone in the department the next morning (Friday October 26th 2018), after the 1st ADA request was made, in private, on or around Thurs. October 25th, 2018.  Before Ms, Hoffman arrived to work on Friday October 26th, 2018 at 9:00 am, Ms Mtichell, and Management unlawfully told the entire department,  around 8:00 am, that Ms Hoffman was "learning disabled" and kept it secret and did NOT have authorization nor even informed her of the unlawful medical information release and conspired to cover it up for months before admitting to the unlawful

medical release of Ms Hoffman's disabilities after the second complaint was filed with Genpact's HR department in June 2019. A witness (Cindy Shermansky) from the unlawful disclosure came forward and informed of the unlawful disability disclosure made on or around Friday morning October 26th, 2018. These frequent and practically daily mocking and ridicule made by both the co-workers and also by management was severe, frequent and pervasive to make Ms. Hoffman frequently cry at work while just starting a new job and management continued to ignore, delay and lied and changed their story multiple times after repeated ADA accommodation requests. Management later conspired to hide these events for months while still subjecting Ms Hoffman to the Hostile work environment. The Hostile work environment continued over the next 2 years with frequent related events and a continuing pattern of practice of Genpact's management and higher management ignoring Ms Hoffman's repeated ADA accommodation requests then later in May 2020 forcing her into a job position of collections which requires constant fast paced Headset automated machine dialing of 2 calling systems which is in immediate conflict with her already known disabilities of CAPD, MERLD, and Tinnitus without any ADA accommodations even after repeated requests. Genpact allowed non-disabled workers to transfer out of the collections position while not allowing her to transfer out nor provide ADA accommodations as frequently requested, which was also setting her up to fail. Genpact continued these types of

Continuing Violation Doctrine actions by frequently ignoring her repeated ADA accommodation requests, and by "not providing an effective ADA accommodation". "Genpact would have different standards for the non-disabled trainers whom trained with wrong and conflicting instruction" and when I identified multiple times that the instruction was contradictory for the work tasks to management, I was retaliated against by being mocked, ridiculed, excluded from work tasks and training, denied pay raises while the majority of the co-workers were provided significant pay raises and promotions, denied a bonus because of my disability and refusal to sign a "general discrimination waiver" which "would also deny an entire class of disabled workers whom complain about being discriminated against because of their disabilities, and not signing the waiver" thus resulting in disabled workers not being paid bonuses even though they completed the work tasks, it was only denied on the basis of their disability because they complained about being discriminated against, like Ms Hofffman experienced with the denied $3000.00 bonus even after completing the work tasks. The hostile work environment continued in a systemic pattern of practice of ignoring and not providing effective ADA accommodation when frequently requested, which was repeatidily ignored by Genpacts management, HR department and Higher Management which collectively constitute an unlawful employment practice. (Title VII, 42 U.S.C. 2000e-5(e)(1))

5

2.   This Complaint seeks equitable and monetary relief for Ms. Hoffman,

including but not limited to, back pay, front pay, benefits, pension benefits,

negative tax damages, punitive damages, pre and post judgment interest,

attorney's fees, costs of this suit and all other legal and equitable relief to which

she is entitled for the denial of equal employment opportunity because of

unlawful practices by Defendants including but not limited to the following:

(a) Discrimination against Ms. Hoffman with respect to the terms, conditions

and privileges of employment on the basis of disability and requested

FMLA and related medical conditions in violation of Title VII as

amended by the ADA, FMLA  and the PHRA, and national origin.

(b) Limiting and otherwise creating conditions of employment which impaired

Ms. Hoffman's ability to continue and obtain job opportunities and which

caused Ms. Hoffman damages to her professional reputation and status as a

payroll operator because of her disabilities in violation of Title VII of the

Civil Rights Act as amended by the ADA, FMLA and the PHRA.

(c) Discrimination, repeatedly ignored ADA accommodation requests and not

providing an "effective ADA accommodation" for her frequent requests

for ADA Accommodations from Oct. 2018 thru Sept. 2020 in a  "pattern

of practice"  creating a Hostile work environment, Repeated Failure to

Accommodate ADA Requests, Repeated FMLA interference and

retaliation against Ms. Hoffman with respect to the terms, conditions,

training and privileges of employment based on her disabilities, in

violation of Title VII, ADA, FMLA, National Origin, and PHRA.

3. Ms. Hoffman's federal claims arise under Title VII,  ADA, and FMLA, and

National Origin, Ms. Hoffman also asserts her claims under the PHRA.

## JURISDICTION

4. Jurisdiction of this Complaint is for Wilkes-Barre, PA; the location of

Genpact at 335 New Commerce Blvd., Wilkes-Barre, PA 18706.

5. Jurisdiction of this Complaint is invoked pursuant to Title VII of the Civil

Rights Act of 1964.

6.  Jurisdiction of this Complaint is invoked pursuant to ADA.

7. Jurisdiction of this Complaint is invoked pursuant to FMLA.

8. This Court has pendent jurisdiction over Ms. Hoffman's state statutory

claims under the PHRA arising from the same underlying facts applicable

to her Title VII, FMLA and ADA claims and are inextricably related,

falling within the pendent jurisdiction of this Court.

9. Venue exists in the Middle District of Pennsylvania because the acts which

give rise to the cause of action which are the subject of the Complaint

occurred in the Middle District where the Defendants are located in

Wilkes- Barre, PA and/or regularly conduct business in the Middle District

of Pennsylvania, at all times relevant to this Complaint and Ms. Hoffman's

claims under the Title VII,  ADA, FMLA,  National Origin and PHRA.

10. All pre-conditions to the filing of this action pursuant to administrative remedies have been satisfied. Ms. Hoffman filed timely charges of discrimination with the Equal Employment Opportunity Commission (hereinafter "EEOC") and the Pennsylvania Human Relations Commission on March 8, 2021, Charge No. 530-2021-02351, against the Defendants.

11. Ms. Hoffman received a Right-to-Sue letter dated October 5, 2021, and her Complaint was filed within the required ninety (90) days from date of receipt. Ms. Hoffman timely cross-filed with the Pennsylvania Human Relations Commission (PHRC).

## FACTS

12. The Plaintiff, Elizabeth Hoffman (hereinafter "Ms. Hoffman"), is a citizen of the United States and the Commonwealth of Pennsylvania, residing at 200 Lake Road, Jefferson Township, PA  18436.

13. Ms. Hoffman is a member of the protected classes:   a person with ADA disabilities;   Central Auditory Processing Disorder (CAPD)  and Mixed Expressive/Receptive Language Disorder (MERLD) and Tinnitus are all ADA disabilities and are serious medical condition/s and a person who engaged in protected activity and opposed unlawful employment practices when the unlawful employment practices occurred.

14. Ms. Hoffman was eligible for ADA Accommodations and also for FMLA

8

leave when the unlawful employment practices occurred over the 2 years.

15. Defendant, Genpact is a corporation maintaining a place of business at 335 New Commerce Blvd, Wilkes-Barre, PA 18706.

16. At all times relevant to the causes of action herein, Defendant has conducted business and affected commerce in the Commonwealth of Pennsylvania and the Middle District of Pennsylvania and has employed at least fifteen persons over the last four (4) calendar quarters prior to the alleged discriminatory actions stated herein.

17. At all times relevant to the cause of action herein, the Defendant continuously employed and still employs employees engaged in commerce within the meaning of Title VII as amended by the PHRA, FMLA and the ADA and national Origin discrimination by Defendants use of Artificial Intelligence software for the justification of excluding Ms Hoffman from the payroll work tasks(11/27/2018 thru June 2019), by later changing their story and saying she was "too slow". When there was no identified "timed comparable" tasks identified within the ADA accommodations when she had repeatidily made multiple ADA requests from 10/25/2018 thru 11/27/2018 and then recurred frequently throughout 2019 and 2020 the ignoring of ADA accommodation requests in a systemic pattern of practice of disability discrimination.

18. At all times relevant to the cause of action herein, Ms. Hoffman was an

9

employee of Defendant within the intent and meaning of the Title VII,

PHRA, FMLA and the ADA.

19. At all times relevant to the cause of action, the acts and events which form

the basis of Ms. Hoffman' claims described herein were done by Defendants,

on behalf of each other, jointly and severally, by their authorized directors,

officers, managers, employees, workmen, servants and agents within the

scope of their authorization and duties.

20. On Monday October 8, 2018 Elizabeth Hoffman was hired by Genpact as

a payroll specialist. The Payroll Specialist position was a "back office

operations position which did NOT require constant headset and outward

automated calling functions. (Note: Ms Hoffman had a previous 13

years experience in back office banking operations at a bank. Ms

Hoffman previously worked in the capacity of setup, training and

processing of corporate payroll clients and ACH NACHA file processing

through the Bank's direct Federal Reserve server and daily balancing of

the entire banks General Ledger accounts for all Teller, customer &

payroll transactions. Ms Hoffman also worked with the Bank's

Telephone and web based server for it's data updates and maintenance for

it's customers. Along with Merchant Credit Cards, IRA's, New accounts

etc. etc.) (Ms Hoffman also had 6 ½ Yrs experience in the Systems room

of a Global Logistics Store Regional Distribution Center)      Ms.

Hoffman is able to perform the work tasks at Genpact with/without an ADA accommodation.  Ms Hoffman attended Genpact's  employee orientation, signed, but did not receive a copy of Genpacts Employee Handbook.

21. The Original Managers at Genpact were hired in the "Wave 1" group back around **January 2017** which was "**22 Months earlier**" that when I was Hired within the "Wave 2 group" on October 8th, 2018.  (Note:  the rest of "wave 2" hires started on October 1st, 2018.  The Management from Wave 1 group included:  Luke Mathews, Darlene Mitchell, Susan Whitehair, Chris Romanelli, Lindsey Mcintiyer, Patricia Venture.

22. The "Wave 2" group hired by Genpact and started on October 1st, 2018 were:  Bryan Mason, Chris Burns, Lindsay Gnall, Janiayah Scott, Cindy Shymansky, & Elizabeth Hoffman (Started on 10/8/2018).

23. General New employee trainings were from October 8, 2018 through October 23rd, 2018 and did not include the Payroll tasks.  I was informed by management that Genpact had a policy of **NOT ALLOWING ANY PAPER WRITEN NOTES AND ALL THE WORK TASKS HAD TO BE MEMORIZED.**

24. Group meeting Thursday October 25th, 2018 and after everyone left the office, Ms Hoffman asked to speak with Luke and Darlene in private behind closed office door.  During this private time with Luke and Darlene, Ms

Hoffman notified Luke and Darlene of her disabilities being the CAPD &
MERLD & tinnitus and asked for ADA accommodations to be able to use
printed notes to be allowed to edit and update my notes for the large
quantity of work tasks which I was not able to memorize is a short amount
of time.  I asked to keep my disability info private, that's why I made the
discussion "IN PRIVATE" with NO other co-workers in the room!

25. Friday October 26, 2018 in the hour BEFORE Ms Hoffman arrived to
work, between 8:00 am – 9:00 am, Darlene unlawfully told all of the co-
workers that Ms Hoffman was "Learning Disabled".  (Cindy was present,
along with other staff)  Ms Hoffman was NOT asked, nor notified about the
unlawful disability disclosure.  Management later conspired to hide this fact
until they had to admit it during the 2nd complaint to HR in June 2019.

26. Monday October 29, 2018, Ms Hoffman sent an email to Luke that she still
did not have a lot of the logins working for the various multiple software
programs.

27. October 30, 2018 email @ 4:35 pm to Luke asking to come in early
tomorrow to give him the disability papers.

28. November 5, 2018 email to Luke @ 9:24 am asking to be able to participate
with the payroll process because I have not had any exposure to the payroll
process (a lot of the logins didn't work as of 10/29/18) and I wanted to help.

29. Nov 9, 2018 Unifocus test and I hadn't even been able to login to use it

previously.

30. October 28, 2018, 3 page letter (& additional printouts) given to Luke & addressed Attention to HR stating that I have a disability requesting to print out my notes since there are a large quantity of SOP's (standard operating procedures which were frequently wrong & being changed daily and had about 33-38 SOP's each containing anywhere from 40 – 90 pages per SOP which totaled to anywhere from 1600 to over 2200 pages of procedures that management wanted "Memorized" and not to use any paper notes. Identified that with my Learning style, I have already **"been branded with a target on my back" and that I have been the "subject matter of negative derogatory comments" which I have heard.** Suggested a "shortened quick reference instruction note that I wanted to create for my note taking use for my style of learning.

31. November 12, 2018 emailed JAN Accommodation network & informed about being snapped at like a dog by Darlene Mitchell & asked for help with Genpact management.

32. November 14, 2018  was the day I did some of the "First payroll entries"  I only had 3 cases with entries done before I was removed from the work tasks on 11/27/2018.

33. November 15, 2018 Notice of 2 bonuses:  $2,000.00 @ 4/30/2019 and $3,000.00 work till transition time period.  Transition was around

Feb/March 2020.

34. November 16, 2018 sent Luke an email about a question on the "Holiday pay for the Thanksgiving schedule for the customer's employee's payroll. It was not trained on nor was it in the SOP's. It was later updated in January 2019 I think.

35. November 19, 2018, told to "Follow the SOP's" but they were always wrong and each manager had "Contradicting processing instruction" between the 3 – 4 managers. Had a question and asked Darlene and she started yelling loudly at me infront of everyone and snapped at me like a dog for even asking a question on the payroll process. Now up to this date, I had just got my logins, quizzed before even being able to login to some software programs and I really only had about 5-6 working business days to actually do any payroll entries where as ALL OF THE MANAGEMENT CREW FROM THE 1ST WAVE WERE HIRED IN JANUARY 2017 AND ACTUALLY HAD ABOUT 22 MONTHS TO "MEMORIZE" THE PAYROLL PROCESS.

36. November 21, 2018 Reduced hours down to 40 Hrs Week in payroll.

37. November 26, 2018 another coorspondence with the JAN network.

38. November 27, 2018 sent Instant message @ 11:09 am to Luke and asked about since no one has responded about my ADA accommodation requests for the last month, then I asked if he could give me the names of "whom to

contact" for the ADA accommodations since I didn't know.

39. November 27, 2018 around 12:30-1:30 or so, Luke walked over to my desk and tapped me on my shoulder and informed me to stop what I was doing and that I was being removed from the payroll processing because I had made the ADA accommodation request and HR had to work on it.

40. November 28, 2018 had lengthy emails/IM chats with Genact's HR rep at the time about the hostile work environment and how I was being called names. Brian called me "Stupid" and that "I didn't know what I was doing", that I was a "Retard", Lindsay said "deaf people need money too", Brian also said that "I had mental Illness", Lindsay & Janyiah had a long going mocking that went on for months saying "I have a Peer to Peer, it has only 1 item in it, I guess it will take you all day to do it" "HAAA" HAAA" "HAAA". Lots of various mocking and that "that seat is the Jinxed chair" "I'm not sitting there" (and that was Ms Hoffman's chair) Lindsay McIntyre said loud in a group meeting "Genpact's gonna rip those notes out of that notebook" ( I was the only one with a notebook) & Chris looked immediately at me. Darlene & Lindsey M. would wisper, look over at me, laugh and giggle a lot. Lindsey M. said "we don't need any Traitors around here" and Darlene said: "She's on her own!" This went on for months and months, I started logging other statements as I heard them & saved them in a file. This was a constant and pervasive hostile work environment that I was

subjected to.

41. November 28, 2018   Met with HR Rep (Caryinna) in other building & provided Letter and disability papers for Genpact.

42. December 2018,  Asked HR about when I would be able to participate with the payroll processing.

43. Around January 24, 2019 Luke called both Lindsey & Janiayah into the office & when they returned, Janiayah called someone and told them that she was getting a pay increase, I believe to $19.24.  I'm not sure what amount Lindsay got.

44. Late January, Luke assigned the Master File Reports to me to do for the entire department and all of everyone's properties.  This was an intentional discrimination of setting me up to fail because it would later come back to haunt them in April 2019 when my father passed away & there was no one to do any of the reports.  The reports pilled up and no one did them while I had a couple of day's off.  I came in to catch up in the middle of my brevement just to process these reports while upset about the continued hostile work environment.  The Hotels had started calling complaining because they didn't have any reports but all of the other workers were not busy and were doing nothing when they finished their payrolls.  Later these reports were "Re-distributed back to each and every payroll processor so that they could do their own."  Plus Management used my "shortend

16

personal process notes" to immediately train everyone once they knew HR had been contacting them about the second complaint I made with HR around June 2019.

45. February 6, 2019 email to Luke 10:23 am, still never heard back about doing the payroll tasks.

46. February 13, 2019 Luke sent an email @ 7:11 am, "got a minute" meeting notice, he wants them scheduled.

47. February 15, 2019 @ 4:37 pm, email to Luke, asking to discuss allowing me to do the payroll process.   No Reply from Luke.

48. February 20, 2019 at 1:57 pm visually saw Luke doing nothing but "just talking & hanging out" with the others & laughing.  I thought it was a perfect time to "schedule to meet with him, since he was "Free" and not working and had some "free time".  So I scheduled a "Free time slot on his schedule on February 20, 2019 at 2:30 pm BUT Luke "Re-scheduled it IMMEDIATELY".

49. February 21, 2019, Luke Re-Scheduled the meeting to 2/25/2019 and @ 2:30 pm.

50. February 25, 2019 email from Luke @ 12:15 pm "Canceling meeting with him"  Luke later said that he was going to talk to Sue & Darlene for "Wave 4" and will choose a payroll for me in a week.  The payroll in a week never happened.  I was still excluded for over 7 months from 11/27/2018 thru June

2019 from any payroll processing by Luke, HR, Management of Genpact.

51. February 25, 2019 email from Luke "Declined" meeting request to meet with Ms Hoffman.

52. February 28, 2019  Luke "wanted a special project" which was just intended to pre-occupy me and bog me down while still excluding me.

53. April 11, 2019, @ 10:31 am  Lindsay G. said to Janyiah:  "Your not retarded, you can do it, (Pause) is there any more motivational speeches that you need?" and  both of them Laugh and giggle loudly.

54.  May 6, 2019, @ 4:41 pm  Lindsay Gnall says to Paul:  "There's not many positive people here in this department, are there"  and Lindsay looks directly at Ms. Hoffman.

55.  Snyde comments continued while working there all the time.  These are just "Some of the ones" and it is an "Incomplete listing"  (I will update to provide more later)

56. June 11, 2019  Letter to Genpact's  HR explaining the Harrassment and Hostile work environment that I had been subjected to from late October 2018 thru June 2019.  List in this long letter some of the comments & how I have been ignored for accommodation requests etc.

57.  **WILL UPDATE MORE FOR TIMELINE.  Ran out of time for listing but all information was already filed with the EEOC on more specific events and continue with the discriminatory pattern of practice**

**over the 2 years of ignoring and not providing an effective ADA accommodation to repeated requests to multiple levels of Management and HR at Genpact. Ran out of time to "Number everything" it would probably be around 200+.**


August 2019 thru October 2019 – Set up to fail due to Management's "scheduling of the 3 payrolls that they assigned to me" due to the fact that was a payroll on Monday & Tuesday due by different properties & they send in the file late on Monday night. This meant Ms Hoffman would work Mondays until about 10:00 pm and drive home then get up at 3:00 am to work on the payroll due by 12:00 noon since that company was sending in entries on Monday night. Ms Hoffman worked at home on Tuesdays during these months because there was "not enough time to shower & drive in to work"

October 5 2019, Sent an instant message asking to switch the payrolls due to timing limitations & commented that my disabled elderly mother would starve to death because she needed me to help with food shopping and I was working about 120 Hrs for a 2 week period and fudging my time card because they didn't want overtime. I kept the last week with the "actual time" & it was 120+ hours.

60.  Multiple dates in May 2020 for the $3,000.00 Bonus that was denied.  See Timeline included already in date order.

61. Sometime around May 2020 I sent an email to Genpact's Management via Genpact's internal email and stated how the headset gave me migrains and affected my disabilities.


62.  May 28, 2020 email sent @ 1:02 pm to Genpact's HR Manager Thomas Ruskey and discussed a few matters like:  continued pattern of discrimination and ms Hoffman's actual experiences when requesting an accommodation by various levels of management & "the non-accommodating factor".  Genpact's "Change of Responses" provided in the past have been contradictory.  What "Timed assessments" have been used and in what context, where is the data transparency again.  What actual data has been used for various assessments and not been transparent when requested.  …..what actually is being profiled as stated within the application disclosures, when this data is used for assessment and placement (to a Job position**).    …..if this measure of "Timed" is at hand, then the training and testing time frame needs to be specifically identified, and then this "Timed" matter is also an accommodating action which needs to be addressed.  What " Timed" measure has been discriminatory, and used in the past causing the exclusion actions which had been responded as different answers. …..** (No identification of the job tasks nor timed measure

have been accommodated by Genpact when they at all times had knowledge of my disabilities and forced me into a position without task detail and accommodations for it and retaliated by forcing ms Hoffman into a type of "Call Center" job position, which she has never worked in the past due to the conflicting tasks with her disabilities. Its like forcing a person in a wheelchair into a job where they have to jog a few miles a day. **They "Type of Job forced into" can also be discrimination and retaliation because Genpact has at all times had knowledge of Ms Hoffman's disabilities and had a good belief that Ms Hoffman would not succeed within the job position and could be Terminated which is a Pretext to discrimination and Retaliation.**

My requests for disability accommodation went ignored for over a month (fall 2018) while I was subjected to the mocking and ridicule. I patiently waited and on 11/27/18, I again asked Luke if he could provide me with "whom I should contact about getting disability accommodations for my requests" for printed notes and within 1 1/2 Hrs from my written msg request, he "REMOVED ME FROM THE PAYROLL WORK TASKS" and this REMOVAL FROM WORK TASKS WENT ON FOR 7 MONTHS LONG !!! I was mocked and ridiculed even more when Luke removed me from the payroll work tasks. I made my 1st complaint around 11/28/18 to the HR rep. and I informed them that out of these 3 managers, each of them would tell me a "DIFFERENT INSTRUCTION" and that their instruction was constantly contradictory of what was informed earlier. When I would "Write down" the instruction, and then point out that "this is how I was instructed" to do something and then a different manager of the 3 would say to do the process a different way. I would constantly "Point this out" and it just upset them because I could factually substantiate the task. For example; Later when I was processing payroll, they would have excel spreadsheets/ containing employee Hours which had to be reformatted to CSV and Uploaded for the Processing of requested time off. I was Instructed to contact the hotel for any "Awaiting Approvals" of Paid Time Off requests because previously my hotel had been negligent in actually "Approving" the PTO, which meant that the hotel would delay - "at the last minute of the pay week" the entire pay file because they would "WANT ALL of the Awaiting Approval employee's PTO - to be: APPROVED". Thus, it meant I would have to input say 30-50 PTO's at the last minute & hold up the payroll. Thus for Months, I would contact the Hotel's manager regarding these "Awaiting Approvals". Then later a different manager would instruct me that "I was NOT following the process" and NOT to input the PTO requests resulting in the 30-50 employee's NOT being Paid for their requested Time OFF. This would only result in MORE problems for the following pay week because then there would be MORE corrections necessary. This is just one example of many which went on for a year and a half. I also complained of their "step by step instructions" (SOP's) that they wanted us to follow would be wrong and was NOT updated properly and would constantly "Re-direct a person out to 8 different areas, and frequently containing wrong information and wrong instruction, which was time consuming" and the instructions could be easily restructured into a much more shortened direct instruction. I would give them suggestions which were ignored. Later, by the time practically the entire first group of employee's quit and a new bunch of employees were hired and all of them had the same problems of the "lengthy step by step instructions were confusing them and they couldn't follow all of the re-directions to different instructions" along with the expectation that everyone work 60 hours a week at any hour of the day. When they excluded me for the 7 months, I was able to "Shorten the step by step instructions" which helped some people and later the Managers "Actually emailed out MY NOTES to everyone for the report generation instructions" which only benefited them while I was mocked and ridiculed over the entire 7-8 months from the time I was Hired. A person whom was out on leave returned and informed me of how the managers "unlawfully disclosed my disabilities to the entire department staff the next morning then lied to cover it up" and when I filed the 2nd complaint with Human Resources, the managers admitted to it because they knew of the witnesses. Still, throughout all that time, I was mocked, ridiculed, marginalized, harassed and excluded from the work tasks while others were provided pay raises and promoted. I know of 2 people whom were pulled aside and given raises on the spot.

I would ask to schedule to meet with the primary manager Luke, but he would outright IGNORE my request for a meeting to discuss issues. I scheduled it in his scheduler and on a slow snowy day(when we were both working in the same dept. & I could visually see him talking to friends), when "he was not doing anything but chit chatting with his buddies", he cancelled my meeting request and repeatedly ignored my requests to meet with him. I have that documented over and over. There were 3 different people whom admitted to "Knowing of the mocking and ridicule and discrimination" from the investigations but would not give "specifics" for fear of their jobs and of course nothing was done.

Others were promoted and given raises while I was excluded, marginalized, ridiculed, harassed and mocked constantly. When I was doing the payroll process, I was sabotaged in regards that I was given 3 payrolls and 2 were due on a Monday & Tuesday for submission. The larger one was on Tuesday, and both of these hotels would not send in their PTO requests until the last minute. For example, Monday's would be sent in on Monday morning, I would work on that and then the Tuesday payroll would start sending in stuff on Monday afternoon. Thus I would work Monday from say 8:45 am to 10:00 pm, then I would have to drive home and get up around 3:15 am in the morning to process the "Tuesday's PTO & pay items" for pay submission. I would have to record

less hours on my time card than what I was actually working and what was actually "computer Logged in as actually working as". Genpact did not want anyone to have overtime, frequently I would have to not record work hours worked at home because they didn't want people to have overtime. Luke would remove Holiday time for the week and a few weeks later, or next month or so, he would let me schedule a day off with regular holiday pay so I would not get the overtime from the actual work week. This went on during 2019 thru spring 2020.

For the last bi-weekly week when I was doing the 3 payroll's in late October 2019, after I complained about the long working hours, I actually worked over 120 hours in a 2 week period which should only have been for 80 hours. This was the end of September to early October 2019. The one employee was pregnant (J. Scott) and was in the hospital and was "Actually giving BIRTH" and had her computer with her and "was submitting payroll at the same time as she was giving birth" and the same managers laughed and joked about her: "popping out a baby & popping out the payroll at the same time", this is how pathetic this company is. Genpact favors foreign workers from India and from Guatemala and discriminates against domestic US workers for their benefit of "Outsourcing all the jobs to cheaper foreign workers, but they charge the US employers the US wages and keep the wage difference & fees for their profits.

Genpact does not like anyone whom "Raises these issues" of contradictory training and discrimination by their management "whom is only following Genpact's higher managements instruction. The majority of Genpacts Higher management is of foreign Indian, non-causian ethnicity, thus they favor the workers of their same Indian ethnicity for preferred jobs, advanced training, and pay raises. I know of multiple people whom have worked there (US worker forced to transfer from Kraft / Mondaleze) for 6-8 years and have been held back and kept in the same lower paying job title while another worker whom came over because her Husband received an HB-1 work Visa during the Obama administration for programming was able to bring his wife & kids. The Wife: Carmel Selvi (Indian from India joined Husband whom also works for Genpact & has a work visa), also worked in the Hilton Payroll Department, and was promoted to specialist. She has been in the US less time than some of the other USA workers, (Transferred from Kraft 5-7 years earlier), **whom were age discriminated against for job advancement and pay raises (Nancy Cardimona & Theresa Andrejko)**. Carmel, whom is also from India and maintains a second home in India, was NOT selected for the Citibank collections job, where as the majority of the US domestic workers were Forced into the Citibank phone Collections job.

**This also demonstrates the continued pattern of: Domestic US workers continued discrimination and direct sabotage of job training and advancement while Genpact prefers to keep and maintain their Indian workforce and outsourced Guatemalan workforce of over 200 + (as one trainer stated) wherever they are in foreign countries. Genpact systemically sabotages it's USA domestic workers so that they either Quit or are fired so they do not have to pay for "Outsourced retraining" as what is required under the law. This is also a systemic US domestic workers discrimination pattern of practice which is also in    violation of US worker's civil rights. There are numerous court cases on how various Indian Outsourcing companies, like TCS, Infosys, and Genpact, whom continue to discriminate against US domestic workers.**

**DURING MAY 2020 (and after) - AFTER PAYROLL JOB WAS OUTSAOURCED; FORCED INTO CALL CENTER COLLECTIONS JOB WITH CITIBANK WHICH IS A DIRECT HARM WITH MY DISABILITIES THAT GENPACT AND THE NEW HR MANAGER THOMAS RUSKEY HAD KNOWLEDGE OF AT ALL TIMES.**

I have never worked at any type of "call center environment" at all during my work history & I did not want to work any "call center job" with my disabilities. Genpact KNEW this but forced me into this Citibank Call center position, and ignored my inquiries about accommodations also. Their training was incomplete and practically daily something was not working over the cloud for the Citibank cloud access to account information. **There were systemic problems like:**

    (A) The Citibank Training environment (not live menus) was NOT working and I did NOT have access for use for training. We were Forced directly into direct calls without hearing actual calls with actual customer complaints and situations. We could NOT access the menu's WITHOUT a live customer which meant that we were unable to get familiar with the menus for adequate use.

(B) **Genpact was <u>negligent to only have one "SME" person</u>** (as they called them) to be available to ask operational questions **<u>for every 165 remote employees</u> as Citibank Cloud dial in "collection workers".** This would result in 10 – 15 minute delays for anyone to even respond to your text message questions in the "SME Chat Group". There was 1- SME Chat Group for every day & the "Chats were also recorded", so please, ask for some of those daily chat message files for your review! You will see how frequently "Incorrect training responses were provided back to the employee trainees from Texas and also in Wilkes- Barre, PA. There may have been some from other states, but I'm not sure.

(C) **Genpact's Trainers were frequently inexperienced with the work tasks and would instruct wrong and conflicting information on a specific order for a process to be done.**
**The Trainer I had, named Vernard, was a 19-20 year old kid from Guatemala whom said he was promoted after only working with genpact for only 2 months to be a Trainer and he had never trained anyone before.** This shows the "systemic discrimination towards US workers".

(D) **Genpact's Management would also email out Wrong training instruction information also.** For example: Their "Ops Manager: Kasey O'Donnel" sent out an email to "314 trainee's" with instruction to select from one dialer first while the second dialer would have a different classification to be selected and the Order instructed WAS WRONG. **(Request email from Kasey O'Donnel dated:  August 12th, 2020 @ 8:06 am sent out to 314 employees** & also to senior management, which instructed on a wrong process to disposition the calls.) which caused one call to be cross linked to a different person. Thus this would result in two calls being recorded wrong for the type of calls.

(E) Genpact's Trainers did not train on how to determine the "Notes area" impacted various "promotional payment waivers" and how to properly get assistance from other departments for this. For example, Citi was offering a payment waiver for the people impacted by COVID-19. However the notes were confusing on how people recorded them and also how the automated computer system "Logged various activity". These types of differences were not explained by the inexperienced trainers.

(F) Genpact's trainers would instruct that there could be 2 late fee's within a 12 month period which could be refunded as a courtesy credit to the customer however the trainers did NOT explain that the credit could only be input at a certain cycle period. My courtesy credit was working, then when I was switched, it did not work anymore and for about a month I called IT, and reported it to management but no one had any solutions. Plus the Trainers never explained that the system would only accept "one refund request" per cycle. This resulted in getting calls from pissed off customers whom were charged for 3 prior months late fees and the previous reps over the 3 months earlier did NOT correct the problem and the monthly late fees kept accumulating and then adding calculated interest on the late fees. We would be instructed to help to reverse the late fee's but the system would not accept the second one then we would ask questions to the SME chat and the SME rep most of the time would not respond with the proper information to solve the issue. This would result in the customer getting an additional month late fee with interest and then the customer was just pissed off and wanted the account closed. Well this is not my fault because "Why didn't the prior Collection Rep (presumably from Guatemala) from the 2-3 months earlier correctly fix the customer's problem?" This was a common occurrence with these pissed off customers. Customer's would not have the issue resolved for months, way long before I even started being trained to take calls.

(G) 8/29/20 Sat.  Julio Cruz called 1:01 pm CT, (Julio Cruz's Ph # from Texas:  469-964-5018)  to say that:  **90 employees were being pulled off the dialer** because:  **some of the training material was wrong and people had to be re-trained.** This also shows **negligent training on the part of Genpact and it's selected trainers.  <u>If people are informed wrong and contradictory training information, then obviously something will be wrong.</u>**

24

(H) Genpact's Trainers also provided wrong instruction on the account labeling of a Joint account owner. We were informed that a joint owner would be listed as a secondary on the account when this actually was NOT the case. A second name could be on the account and ALSO could NOT have account ownership to the account. This was not properly explained either which would cause contradictory issues.

(I) Genpact's cloud system would frequently lock a person out of the cloud website after a person went to lunch and then could not login. Thus a person would have to call the IT department and wait for assistance for the profile to be reset to be able to login.

(J) Genpact's system would constantly be "delayed" from when an "auto-dialer to a customer would be automated but there would be a "long delay from when any customer account information would show up from the two dialer systems". This would cause a customer answering and saying: "what do you want? You dialed me!" and you don't even get any information on the customer name or state they live in to be able to respond properly. Then the customer would hang up.

(K) The equipment hardware also had problems. My mute button on the headset also broke and the headset could not be used to take any calls. (Locked in the Mute mode)

**These are just a few of the many, many more issues, which were a constant problem and issue. When I would: "Recognize these issues" and bring them up in both emails and in the chat groups or Zoom sessions, then ALL of the additional people in the group would ALSO agree about how we are being provided wrong information for the training and others would then also complain about the Improper training that they also received.** Genpact and their management did not like the fact that I could "Identify directly specific issues which were wrong" and they retaliated against me for my disabilities and stating the truth.

Just to speed things up a bit, (I could go on and on about additional specifics) to return back to the historical systemic discrimination that I have experienced from working at Genpact.

In November 2019 thru February 2020, the managers individually traveled to India to Train the new Indian employees based in India to do all of the Hilton payroll processing since it would be completely be 100% outsourced to India. in February 2020 and early march 2020 we assisted with the training and outsourcing to the Indian employees. Then in mid March 2020 the COVID-19 pandemic occurred. We were sent home due to Pennsylvania's state closure to early June 2020. In August on 2019, when a lot of employees were quitting, Genpact had a Bonus for the employees whom stayed to complete the payroll to the outsourcing to India in Feb/Mar 2020. **In May 2020, all of the employee's were paid their Bonus, but to receive the bonus, they had to sign off on a: " 3 page LEGAL RELEASE from any form of discrimination etc.". This 3 page Legal Release is also unlawful because any disabled person whom complains of discrimination and does not sign it will NEVER be able to be paid a bonus, which also is unlawfully based on their disability. I refused to sign the 3 page Legal Release and I was NOT paid the $3,000.00 bonus that ALL the NON-disabled employees were paid.** I can provide you documentation on this also. From mid-March 2020 to May 2020, we were supposed to "apply to new jobs", **however we were told that we could NOT apply to different jobs in a different "category" however later I learned that Genpact would "select Guatemalan employee's age 19-20 Yrs old to be Trainers"** and they didn't Apply to these promoted jobs. My trainer from Guatemalan was 19-20 and he said he only worked for Genpact for 2-3 months and was already promoted to a Trainer position. He also was new & didn't know various work tasks. **All Genpact cares about is to outsource US Jobs to Indian and other foreign lower paid workers for the wage profits for them to keep the wage difference of what the charge the US business client.** Employees at the Hilton hotels were laid off by Hilton due to the Payroll outsourcing. This is systemic and Genpact seeks out major US employers to streamline various processes for keeping the spread on the wages of lower paid workers for profits. I applied to a different job, one NOT requiring any call center, NOR headset use, however I was not selected. I should have been laid off due to the outsourcing and I would have been able to get

state retraining however Genpact FORCED me into a Call center Collections Job that I didn't want and I told them I didn't want it and I sent Tom Ruskey in Wilkes Barre, PA Human Resource's multiple emails inquiring about ADA accommodations and also that the Headset gave me migraines and interfered with my disabilities, but it was ignored.  I sent these emails over the Genpact email system but was later cut off from the email and then only had connection with the Citibank email group.

Included are additional emails that I sent to Tom Ruskey the Head of HR in Wilkes Barre, PA.

   **5/1/20 email @ Fri. 6:39 pm, from Thomas Ruskey:  "Assigned to Citibank Collections Job"**
**Note:**  Carmel Kalai Selvi Anthony Raj  -  (Indian ethnicity and the spouse of her husband whom received an **HB-1 visa** for programming job position with Genpact, and came to US)  whom also worked in the Hilton group <u>was NOT forced into the Citibank Collections Job</u>.  Plus they allowed NON-disabled employees to transfer out where as I was forced into the job position and I did NOT want to work under the hearing impairment which Genpact at all times HAD FULL KNOWLEDGE OF at all times.  **This also shows a continued pattern of discrimination by "Setting an employee up to fail from the start" which is also unlawful employment law conduct, and failure to accommodate and direct sabotage for an excuse to terminate me.**

Genpact hired other employees for the Citibank at a rate of 15.00/ Hr which was **more that the wage I was paid** and **others from the Hilton payroll were able to keep their higher wages and their promotions which is also another display of oppression and discrimination and retaliation against people with disabilities, like myself.**  AT ALL TIMES, Genpact had KNOWLEDGE OF MY DISABILITIES and failed to provide accommodations, and my inquiry was IGNORED for accommodations. Genpact failed in their duty of care for training.  Other employees were allowed to enter into a programming training group but no accommodations were offered or allowed for people with disabilities to participate.  Non-disabled workers were allowed to learn programming languages during work hours also.  This training went from May 2020 through the end of September 2020 and they also included foreign workers.  I have taken some programming courses from the University of Scranton in the past and I was interested in this training but look at what I was already subjected to for a year and a half for requesting printed notes!!!  During May 2020 we used our personal Internet at home for work use and were told we would be assigned to the Citibank collections and we had to "reapply" for the job even though we were already an employee of Genpact.  This is where the discrimination continues because I did not originally apply for nor want to work a collections job which required constant headset use which interfered with my disabilities.  Genpact put me in direct harm by forcing me into this job (as stated by my doctor) and they ignored inquiry for accommodations.  Plus they allowed NON-disabled workers to transfer out to other job tasks so they did not have to do the collections job.  This continues to show a pattern of discrimination and retaliation against disabled workers.  I participated in the training because "Under the Unemployment, I have to "be able and available" for work.  Thus I am forced into a job that I did not want to work and Genpact had knowledge at all times that these job tasks would directly interfere with my KNOWN DISABILITIES and they had direct discrimination and retaliation and sabotage involved for setting a disabled employee to Fail from the start which is also unlawful discrimination and retaliation under federal and PA State employment laws also.  Genpact failed in their duty of care for training and also had negligent training by these Guatemalan young trainers (19-20 Yrs Old whom were quickly promoted to Trainers with pay raises within a month to two months of working there.)That was my Trainer.  And once again, I would be constantly switched between trainers because the online Citibank site kept freezing up and we, as workers would practically on a daily basis would have some form of computer problems because of the negligence of Genpact and it's trainers.  It would either be from wrong work task instruction by the trainers, which I frequently caught & immediately informed them of their wrong work task instruction, which resulted in an entire group of over 90 workers, including employees hired in Texas, whom were "TRAINED WRONG" and emails with WRONG WORK TASK INSTRUCTIONS WERE SENT OUT TO WORKERS.  One email from an Operations Manager in Wilkes-Barre PA  :  Kasey O'Donnell gave direct WRONG Instructions, and I Questioned the Trainer on it in Late Aug/Sept. 2020, and Informed of the email sent out to 314 employees with WRONG instructions, and I was trying to follow those instructions over the prior few weeks which caused existing calls to be cross linked with a second customer.  These wrong instructions and constant computer problems, like not having my profile set up properly when management kept switching my shift, and then going to Lunch and then everyone would be locked out of the computer and could

not connect. All these things, just to mention a few of many, (I can get into much more detail later of additional specifics of wrong information and instruction provided by the trainers and management of Genpact, whom would get upset when you recognized the negligent training and brought up the issue. One trainer had to get a group of 90 employees back together because of wrong information that was instructed within the training. I have since learned from a reliable source that Citibank has since canceled their contract with Genpact early, presumable due to negligent training.

**I made multiple "requests for accommodation" in writing via email:    Please see emails dated:**
1) Email Friday **March 27, 2020 at: 8:56 am** sent to: Thomas Ruskey Head of HR (included-pg 2)
2) Email Thurs. **May 28, 2020 at: 1:02 pm** sent to: Thomas Ruskey Head of HR (Included- Pg 1+2)
Questioning "What actual data is used for assessment?" - Necessary for Accommodations
HR NEVER responded to and again Ignored my requests and inquiries.
If a person is NEVER informed that specific accommodation requests cannot be made!
3) Verbal identification in multiple group meetings, did Not request this job & use of the Headset bothered me and gave me migraines with it's use. Email also sent to HR in Genpact email – later closed out of. Summer of 2020.
4) **Later again on 8/28/20 email.**


 I was switched, without notice 3 times, and when I came in to work, I complained about the shift switching, and HR even was also wrong with the shifts which they originally agreed upon also. The shift I was working with Mondays & Tuesdays Off was by the direct "email instruction from:    Again when I addressed this with Human Resources in July and August 2020, I was nastily instructed to abide by their schedule. **This is also an error again on Genpact's Human Resources part (email sent from Amber Harper, AVP  email sent: Sat. Aug. 15, 2020@ 4:06 pm, because I was following** the email shift schedule instruction from:
        Baron Blake email 7/20/20 @ 11:51 am  assigned 4- 10 Hr work days, with Tues & Wed's OFF.
    **(Email sent in the Citibank's email system)**

Once again, it demonstrates how Genpact's management gets the facts wrong.  You can review **Amber's 8/15/20 email,** stating nastily that: "My adherence to the schedule ... is expected"  which is what I was doing because " **BARON BLAKE instructed me on the shift I was following since 7/20/20 !!**
**Genpact's management screws everything up and gets upset when you identify their errors and point them out and ask questions for clarification.**  This also demonstrates "CASUAL CONNECTION" of the continued discrimination and retaliation that I have been experiencing since Hired and is UNLAWFUL employment discrimination & Retaliation under Pennsylvania state laws and US Federal laws.
Genpact does not like people recognizing their cloud based system problems and the various process training errors, and management mis-information, being identified. At the Bank, we would test each and every area of the website process and check for proper data updating results BEFORE going Live with customer data, where as Genpact kinda wings it along the way.
My Original Schedule was for:  **4;  10 Hour Days, with having Thursdays & Friday's Off.**
This was the Original schedule from when they forced me to this job in May 2020.
From then, the shift was switched to Mon-Fri.  5;  8 Hr days.
Then back to:  4;  10 Hr days with Tues & Wed Off,  then switched again to: 5;  8 Hr days.  Etc…

This constant shift switching was also retaliation and it directly conflicted with my scheduled time off made in June 2020 when I had scheduled for a family member's surgery on Friday 8/14/20 back in June of 2020, and I was supposed to have the Thursday & Friday off for the surgery.  Since they had my schedule switched, at the time, to the:  4- 10 Hr days with Tuesdays & Wednesdays Off,(Off Tue. 8/11/20 & Wed. 8/12/20)
I came into work on Thursday 8/13/20 and again they switched my shift and switched me between 3 different managers and then again some of my functions did not work within the Citibank cloud computer environment. I had to open Tickets for repairs/ or computer settings changes, which some still weren't fixed properly for weeks later.  And again I had to complain for the hardship they were causing with all the shift changes and that it was

27

interfering with the health of my senior family member whom was scheduled to have surgery on Friday morning 8/14/20 out of town.

I had to complain since I had scheduled these days off back on 6/10/20 and Genpact **again was retaliating with these un-notified shift changes** for when I logged into work on the next day. I had to leave early on Thursday for Travel & must have Friday off for the scheduled surgery of a family member. Their constant shift changes were also retaliatory as to the greater impact done to myself than to non-disabled workers even historically over the last 2 years. I also have a disabled elderly mother whom doesn't drive & is in need of care & assistance, especially with this COVID-19 Pandemic. She needs help with basic food shopping, and other various activities of daily living, and I had always stated this in the past, and Genpact has always HAD KNOWLEDGE OF.

After the other family member had the surgery, there was multiple complications & re-admission into Intensive care was necessary over the next few weeks. Then my disabled mother also was in need of medical care, she had a fractured Hip earlier, and help for her safety for basic life sustaining needs, like food, etc. I had not used any FMLA time over the last 2 years, so I had been a full time employee and was eligible for FULL FMLA time. Due to all of their retaliatory actions forced me to invoke my rights for FMLA use for the care of my birth parent.

I started the FMLA on 8/27/20 and used most of the time off after that for care and while I was in the process of getting the FMLA paperwork, again I asked about ADA accommodations which were ignored by HR. On August 27 & Aug 28, 2020 again the FMLA and Accommodations were brought up in emails sent to Thomas Ruskey in Human Resources in Wilkes Barre, PA. Copies of the emails are included & the accommodation papers which NEVER HAD THE JOB DESCRIPTION SENT FOR THE WORK TASKS, nor did Genpact identify what grading criteria would be used for calls which were already putting me in harm's way with my disabilities, that Genpact had Knowledge of.

**As for Genpact's "Reason's for termination = "Low quality scores"; Genpact NEVER HAD ANYONE FROM MANAGEMENT PROVIDE ANY INFORMATION ABOUT LOW QUALITY SCORES AND NEVER RESPONDED FOR MONTHS REGARDING INQUIRY ON "5/28/20 EMAIL" FOR HOW ASSESSMENTS ARE DONE.**
**Specifics can't be asked when it is never provided. Plus I NEVER requested to be put in this job position, it was a direct retaliatory action applied to disabled worker when Indian staff were NOT put in the same job, like Carmel.**
 **Genpact NEVER Provided a Job Description for the Citibank Collections Job.**
**Genpact Never Identified "What Criteria would be used for grading or evaluating work tasks" and most of the training was FLAWED with incorrect information provided or wrong training processes instructed or NO proper instructions. Plus NO access to Citi website system for Practice and NO training for already angry existing customers due to their own foreign existing staff with wrong call handling. Genpact does NOT evaluate the same disabled workers and also the US domestic workers with the same grading criteria as it does with their Foreign Indian or Guatemalan workers and management staff.**

**At no time was any calls reviewed with me nor discussed by any manager. At no time were any type of quota type standard discussed with me either.** Since I had invoked again both the FMLA and ADA accommodations about the negligent training and retaliation, I was helping to care for my family member and was in the process of getting the appropriate doctors (two different ones for each form) to complete the FMLA and the ADA paperwork. Both Doctors have been very busy with all the setbacks due to the COVID-19 pandemic. Under the Law, you have 15 days plus an additional 7 days to get the FMLA paperwork back and I had emailed them a letter from the one doctor whom was working on the paperwork. Genpact sent an email on Thursday 9/10/20 at 8:03 pm in the evening, that I didn't see until later stating that: "Pursuant to out telephone call on 9/10/2020 (only a short 20 second voice mail message not received until later), Genpact is terminating your employment as of 9/10/20, based in part, on multiple performance issues." And that is all that is stated. Nothing was discussed as a problem nor reviewed and It is also retaliatory conduct in a continued pattern of practice which will be easy to demonstrate this treatment towards me versus non-disabled workers.

28

Genpact Retaliated against me for my disabilities and for my requests of FMLA & ADA and identification of their own negligent training which was systemic and also impacted probably hundreds of other US workers, and they didn't like the fact I was Identifying how their own trainers and manager's were instructing us with **WRONG INFORMATION,** which the entire employee group also agreed upon, and will show within the "chat meetings" and recorded meetings Prior to the termination.

## WILFULNESS

The actions of Defendants as described herein were done intentionally, recklessly and in knowing disregard for the rights of Ms. Hoffman under Title VII of the Civil Rights Act of 1964 as amended by the Civil Rights Act of 1991.

## COUNT I: TITLE VII

The allegations contained in above paragraphs and exhibits are repeated and are incorporated herein.

## COUNT II: AMERICAN WITH DISABILITIES ACT (ADA)

The allegations contained in above paragraphs and exhibits are repeated and are incorporated herein.

## COUNT III: AMERICANS WITH DISABILITES: RETALIATION

The allegations contained in above paragraphs and exhibits are repeated and are incorporated herein.

## COUNT IV: FAMILY MEDICAL LEAVE ACT

The allegations contained in above paragraphs and exhibits are repeated and are incorporated herein.

## COUNT V: FMLA INTERFERENCE AND RETALIATION

The allegations contained in above paragraphs and exhibits are repeated and are incorporated herein.

## COUNT VI: PENNSYLVANIA HUMAN RELATIONS ACT

The allegations contained in above paragraphs and exhibits are repeated and are incorporated herein.

## COUNT VII: NATIONAL ORIGIN

The allegations contained in above paragraphs and exhibits are repeated and are incorporated herein.

**& USE OF ARTIFICIAL INTELLIGENCE WITHIN THESE COUNTS TO SYSTEMICALLY DISCRIMINATE IN A CONTINUED PATTERN OF PRACTICE OVER OCTOBER 2018 THRU SEPTEMBER 2020.**
The allegations contained in above paragraphs and exhibits are repeated and are incorporated herein.

**DAMAGES: ALL COUNTS**

Ms. Hoffman has been damaged by the foregoing actions by the Defendants, jointly and severally, in an amount to be determined at trial. Ms. Hoffman claims damages, which include lost compensation, compensatory damages, emotional distress, pain and suffering, loss of earning capacity, loss of career opportunity, fringe benefits, pension benefits, loss of 401(k), together with loss of back and front pay, liquidated damages, negative tax consequences, and all other legal and equitable relief available by statute.

**WHEREFORE**, Ms. Hoffman prays that this Court enter judgment for her and against Defendants, jointly and severally, as follows:

    a.  Loss of compensation, loss of earning capacity, benefits, pension, negative tax consequences, loss of promotional opportunities from the date of his termination, back and front pay and benefits; in an amount to be determined at trial, liquidated damages as allowed by law, compensatory damages; damages for pain and suffering as allowed by the PHRA.

    b.  Other legal and equitable relief including reinstatement, if appropriate;

    c.  Ms. Hoffman' reasonable attorney fees together with costs and interest;

d.  Such other relief as justice demands.

**JURY TRIAL DEMANDED**

Plaintiff requests a jury trial on all questions of fact raised by this Complaint.

Respectfully submitted,

*Elizabeth Hoffman*

Elizabeth Hoffman

January 3rd, 2022

ELizabeth Hoffman
200 Lake Road
Jefferson Twp. PA 18436
570-229-0098 Cell
570-689-9314 House

(NOTE:  Complaint also filed in Luzern County on 1/2/2022 online & accepted)  Middle district may be proper court location for complaint.

CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the following legal papers were served upon the following interested counsel in the following manner:

Proof of Service -  Copy sent to Genpact's attorney via Mail.

McGuire Woods LLP

Katharine Barnes

201 North Tryon Street,  Suite 3000

Charlotte, NC 28202-2146

Signed,

*Elizabeth Hoffman*

Elizabeth Hoffman

January 3, 2022