UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH HOFFMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>GENPACT,<br><br>        Defendant. | CIVIL ACTION NO. 3:22-CV-00009<br><br>(MEHALCHICK, M.J.) |
| ELIZABETH HOFFMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>GENPACT,<br><br>        Defendant. | CIVIL ACTION NO. 3:22-CV-00154<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 14th day of March, 2022, upon consideration of the parties' arguments, **IT IS HEREBY ORDERED** that:

1. Genpact's motion to compel arbitration and (Doc. 7) is **DENIED** without prejudice.

2. The parties are granted thirty (30) days to conduct limited discovery on the issue of whether Hoffman's claims are governed by a valid arbitration agreement. On or before **Wednesday, April 13, 2022**, Genpact may file a renewed motion to compel arbitration, which will be reviewed by this Court under a motion for summary judgment standard. Fed. R. Civ. P. 56. All other discovery will be stayed for that period of time, and until such time as the Court decides the issue of arbitrability.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**